========================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
------------------------------------------------------------------------
No. 231  SSM 23
The People &c.,
           Respondent,
        v.
Karen M. Caza,
           Appellant.



           Submitted by Martin J. McGuinness, for appellant.
           Respondent, precluded.




MEMORANDUM:

           The order of the Appellate Division should be affirmed.

Defendant's argument that County Court erred in enhancing her

sentence by departing from its conditional promise to make her

two terms of imprisonment run concurrently, is unpreserved for

- 1 -

our review (see CPL 470.05 [2]; People v Hawkins, 11 NY3d 484,

491-493 [2008]).

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

On review of submissions pursuant to section 500.11 of the Rules,
order affirmed, in a memorandum.  Chief Judge Lippman and Judges
Graffeo, Read, Smith, Pigott, Rivera and Abdus-Salaam concur.


Decided November 20, 2014